UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEULLINIOU MISAILEGALU,<br><br>             Petitioner,<br><br>     v.<br><br>V.M. ALMAGER, Warden,<br><br>             Respondent. | Case No. CV 08-404 PSG(JC)<br><br>JUDGMENT |

   Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

   IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

   DATED: _____April 19, 2011_____

   _____
   HONORABLE PHILIP S. GUTIERREZ
   UNITED STATES DISTRICT JUDGE